UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CLIFFORD R. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> RENEE S. SMITH, et al., <br><br> Defendants. | Civil No. 23-2231 (KMW)(EAP) |

## ORDER

This matter has come before the Court upon *pro se* Plaintiff Clifford R. Smith's Motion for Termination of Back Child Support and Other Orders, ECF No. 7, seeking an Order terminating a child support order entered in the New Jersey Superior Court. The Court having considered the Report and Recommendation submitted by the Honorable Elizabeth A. Pascal, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they have fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2), and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown;

IT IS on this 25th day of September, 2023, hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

HON. KAREN M. WILLIAMS
United States District Judge